# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0398.  LARRY TIMOTHY CARTER v. SHERRY TILLMAN, CLERK.**

On December 14, 2017, the trial court entered an order denying Larry Timothy Carter's motion for a free copy of his guilty plea transcript.  On February 1, 2018, Carter filed an application for discretionary appeal in the Supreme Court, which subsequently transferred the application here.  We lack jurisdiction because the application was not timely filed.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 582 (420 SE2d 393) (1992).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Carter filed this application 49 days after entry of the order he seeks to appeal, and it is therefore untimely.  Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/18/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*